# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

DANIEL LUGO,

    Plaintiff,

v.                                        Case No. 8:22-cv-01125

AN ISLAND GETAWAY, LLC,

    Defendant.

...............................

## AN ISLAND GETAWAY, LLC'S ANSWER AND AFFIRMATIVE DEFENSES

An Island Getaway, LLC, a Florida limited liability company ("the Defendant") submits the following answer and affirmative defenses to the plaintiff's complaint filed in the above-styled action. Each answer paragraph directly corresponds to the similarly numbered complaint paragraph.

1. Admitted for jurisdictional purposes only; remainder denied.

2. Admitted for jurisdictional purposes only; remainder denied.

3. Without knowledge, and therefore denied.

4. Admitted.

5. 42 U.S.C. 12101(b) speaks for itself.

6. Admitted.

7. The cited Regulation speaks for itself.

8. Admitted that the Palm Tree owns and/or leases and operates a place of lodging and potential patrons may reserve a place of lodging through the ORS; remainder denied.

9. Without knowledge; therefore denied.

10. Without knowledge; therefore denied.

11. Denied.

12. Without knowledge; therefore denied.

13. Denied.

14. Admitted as to representation only, remainder denied.

15. Denied.

## Affirmative Defenses

1. <u>First Affirmative Defense.</u> Plaintiff lacks standing to bring this action. Defendant is unaware of the Plaintiff's alleged disabilities and raises this first affirmative defense to preserve the affirmative defense in the event the Plaintiff does not have a "disability" within the meaning of the Americans with Disabilities Act.

2. <u>Second Affirmative Defense.</u>  The Defendant has adequately provided access through readily achievable "alternative methods" for the Plaintiff to book a reservation for accessible lodging, via telephone or the Defendant's customer service.

3. <u>Attorneys' Fees.</u> The Defendant will seek attorney's fees and costs pursuant to 28 CFR § 36.505, in the event the Defendant is the prevailing party in this action.

        **MACKEY LAW GROUP, P.A.**
        1402 Third Avenue West
        Bradenton, Florida 34205
        (941) 746-6225
        (941) 748-6584 (FAX)
        Attorneys for the Defendant

        By: /s/ T.R. Smith
            Jorge Martinez
            Florida Bar No. 0127163
            jmartinez@mackeylaw.com
            T.R. Smith
            Florida Bar No. 0104549
            tsmith@mackeylaw.com

### Certificate of Service

I HEREBY CERTIFY that the foregoing answer and affirmative defenses was delivered by electronic mail to Lee D. Sarkin, Esq., at lsarkin@aol.com this June 21, 2022.

        /s/ T.R. Smith
        Attorney